**DELFINO GREEN & GREEN**
WILLIAM GREEN - SBN 129816
1010 B Street, Suite 320
San Rafael, CA  94901
Telephone:  (415) 422-4646
Facsimile:  (415) 442-4802
bill@dgglaw.com

Attorneys for Plaintiff
JEFF RENFRO

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
KEVIN G. GILL - State Bar No. 226819
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RENFRO,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNUM, UNUMPROVIDENT, and<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>　　　　　Defendants.<br>_____ | CASE NO. CV 09-02661 SBA<br><br>**STIPULATION OF DISMISSAL OF CERTAIN PARTIES AND** [**PROPOSED**] **ORDER THEREON** |

**IT IS HEREBY STIPULATED** between plaintiff JEFF RENFRO and defendant UNUM LIFE INSURANCE COMPANY OF AMERICA, by and through their respective counsel of record herein, that the erroneously-named defendants UNUM and UNUMPROVIDENT be dismissed without prejudice from the captioned matter.

-1-
**STIPULATION OF DISMISSAL OF CERTAIN PARTIES**　　　　　　　　　　　　　**CASE NO. CV 09-02661 SBA**

SO STIPULATED.

                                                 DELFINO GREEN & GREEN

DATED: September __, 2009    By:   /s/ **WILLIAM GREEN**
                                                       WILLIAM GREEN
                                                       Attorney for Plaintiff JEFF RENFRO
                                                       RIMAC MARTIN, P.C.

                                                   RIMAC MARTIN, PC

DATED: September ___, 2009    By:   /s/ **ANNA M. MARTIN**
                                                       KEVIN G. GILL
                                                       Attorneys for Defendants
                                                       UNUM; UNUMPROVIDENT; and UNUM LIFE INSURANCE COMPANY OF AMERICA

**ORDER**

The parties having stipulated thereto,

**IT IS HEREBY ORDERED** that defendants UNUMPROVIDENT and UNUM be, and hereby are, dismissed without prejudice from the captioned matter.

**SO ORDERED.**

DATED: __9/22/09_____            _/s/ Sandra B. Armstrong_
                                                UNITED STATES DISTRICT COURT JUDGE