**DELFINO GREEN & GREEN**
WILLIAM GREEN - State Bar No. 129816
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802
bill@dgglaw.com

Attorneys for Plaintiff
JEFF RENFRO

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - State Bar No. 154279
KEVIN G. GILL - State Bar No. 226819
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendant
UNUM LIFE INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RENFRO,<br><br>   Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT, and<br>UNUM LIFE INSURANCE COMPANY<br>OF AMERICA,<br><br>   Defendants. | *E- FILING*<br><br>**CASE NO. CV 09-02661 SBA**<br><br>**STIPULATION EXTENDING TIME TO COMPLETE ALL MOTION DEADLINES AND ORDER THEREON**<br>**(NDCA L-R 6-1(b), 6(2)**<br><br>Current deadline:  April 20, 2010<br>Proposed deadline:  May 11, 2010 |

**PURSUANT TO NDCA LOCAL RULE 6-1(b), 6(2),** Defendant UNUM LIFE INSURANCE COMPANY OF AMERICA and Plaintiff JEFF RENFRO hereby stipulate to extend the deadlines for the filing of cross motions for summary judgment by three weeks.

The good cause is as follows:

1 | The Deadline for completing mediation is February 14, 2010. The parties would like to conduct mediation on February 4, 2010 with Cathy Yanni at JAMS. The parties have selected February 4, 2010 as the date for mediation, because Unum's representative will be attending mediation in San Diego on February 3, 2010. Unum's corporate headquarters are located in Portland, Maine. It takes one full day to travel to the West Coast from Portland, Maine and one full day to travel to Portland, Maine to the West Coast. If mediation goes forward on February 4, 2010, then this will allow Unum's representative to make one trip to the West Coast to attend two mediations, thereby, conserving time, money and resources. In order for mediation to take place on February 3, 2009 the deadlines related to the filing of the motion and cross motion for summary judgment must be continued by three weeks. As such, the parties request that the following deadlines be continued:

Last day for plaintiff to file motion for summary judgment continued from February 2, 2010 to February 23, 2010.

Last day for defendant to file opposition and cross motion for summary judgment from February 23, 2010 to March 16, 2010.

Last day for plaintiff to file opposition to cross motion for summary judgment from March 9, 2010 to March 30, 2010.

Last day for defendant to file reply to opposition to cross motion for summary judgment from March 23, 2010 to April 13, 2010.

Hearing on the motion and cross motion for summary judgment from April 20, 2010 to May 11, 2010 at 1:00 p.m.

SO STIPULATED.

DELFINO GREEN & GREEN

DATED: December 11, 2009     By:     /s/
    WILLIAM GREEN
    Attorney for Plaintiff JEFF RENFRO
    RIMAC MARTIN, P.C.

| | | | |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | DATED: December 11, 2009 | By: | /s/ |
| 4 | | | ANNA M. MARTIN |
| | | | KEVIN G. GILL |
| 5 | | | Attorneys for Defendant |
| | | | UNUM LIFE INSURANCE COMPANY |
| 6 | | | OF AMERICA |

**IT IS SO ORDERED**

The deadlines are continued three weeks as follows:

Last day for plaintiff to file motion for summary judgment is February 23, 2010.

Last day for defendant to file opposition and cross motion for summary judgment is March 16, 2010.

Last day for plaintiff to file opposition to cross motion for summary judgment is March 30, 2010.

Last day for defendant to file reply to opposition to cross motion is summary judgment is April 13, 2010.

Hearing on motion and cross motion for summary judgment is May 11, 2010 at 1:00 p.m.

DATED: December 21, 2009 By: *Saundra B Armstrong*
THE HONORABLE SAUNDRA BROWN ARMSTRONG
UNITED STATE DISTRICT COURT,
NORTHERN DISTRICT OF
CALIFORNIA

-3-
**STIP. TO CONTINUE MOTION DEADLINES**
**AND ORDER THEREON**                          **CASE NO. CV 09-02661 SBA**