```
William Green-SBN 133703
Sharon Delfino Green-SBN 133703
Jennifer de la Campa-SBN 236524
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff
JEFF RENFRO
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RENFRO,<br><br>        Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT, and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>        Defendants | Case No.: No. 4:09-CV-02661 SBA<br><br>STIPULATION TO CONTINUE HEARING AND FILING DATES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT; ORDER |

Pursuant to Northern District of California Local Rule 6-1(b), 6(2), Plaintiff Jeff Renfro and Defendants Unum, Unumprovident, and Unum Life Insurance Company of America, stipulate to extend the deadlines for filing of cross motions for summary judgment by three weeks.

This matter was continued once by stipulation and order for three weeks so that the parties could engage in a meaningful mediation.

The parties mediated this matter on February 5, 2010, with Catherine Yanni at JAMS. At the mediation, Ms. Yanni made a settlement proposal to defendants, and requested that they

Stipulation to Continue Hearing Date 1

make a decision within one week. On February 12, 2010 Defendants' counsel rejected the mediator's proposal.

As a result of the delays caused by the settlement negotiations, the parties require additional time to file and hear cross-motions for summary judgment.

**IT IS HEREBY STIPULATED**, by and between the parties to this action, plaintiff Jeff Renfro and Defendants Unum, Unumprovident, and Unum Life Insurance Company of America, through their attorneys of record, as follows:

1. The hearing on the motion and cross motion for summary judgment is moved from May 11, 2010 to June 1, 2010 at 1:00 p.m.;
2. The last day for plaintiff to file motion for summary judgment is moved from February 23, 2010 to March 16, 2010;
3. The last day for defendant to file an opposition and cross-motion for summary judgment is moved from March 16, 2010 to April 6, 2010.
4. The last day for plaintiff to file an opposition to defendants' cross-motion for summary judgment is moved from March 30, 2010 to April 20, 2010.
5. The last day for defendant to file a reply to opposition to cross-motion for summary judgment is moved from April 13, 2010 to May 4, 2010.

Dated: 02/16/2010　　　　　　　　　　　　　　　DELFINO GREEN & GREEN

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　William Green
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff Jeff Renfro

Dated: 02/16/2010　　　　　　　　　　　　　　　RIMAC MARTIN, P.C.

　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　Anna M. Martin
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant Unum Life
　　　　　　　　　　　　　　　　　　　　　　　Insurance Company of America

# **ORDER**

PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT:

1. The hearing on the motion and cross motion for summary judgment is moved from May 11, 2010 to **June 8, 2010 at 1:00 p.m.**;

2. The last day for plaintiff to file motion for summary judgment is moved from February 23, 2010 to **March 16, 2010**;

3. The last day for defendant to file an opposition and cross-motion for summary judgment is moved from March 16, 2010 to **April 6, 2010**.

4. The last day for plaintiff to file a reply and an opposition to defendants' cross-motion for summary judgment is moved from March 30, 2010 to **April 20, 2010**.

5. The last day for defendant to file a reply to opposition to cross-motion for summary judgment is moved from April 13, 2010 to **May 4, 2010**.

**IT IS SO ORDERED.**

Dated: 2/24/10

*[signature]*
The Honorable Sandra Brown Armstrong
United States District Court
Northern District of California