UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RENFRO,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM, UNUMPROVIDENT, and UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>    Defendants. | Case No.: 09-2661 SBA<br><br>**ORDER**<br><br>[Docket No. 35] |

Presently before the Court is the Parties' Joint Motion and Stipulate to File Administrative Record Under Seal (Docket No. 35).  The parties request that the Administrative Record in this matter be filed under seal because the record contains plaintiff's medical records, medical information, Social Security number, his employment information, including his salary information, and other personal information.

Local Rule 79-5(a) specifies that a sealing order may issue only upon a request that establishes that the document, or portions thereof, is privileged or protectable. The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(b) or (c). A review of the Administrative Record shows that the parties' joint motion is narrowly tailored and complies with L.R. 79-5(b).

Accordingly, the Parties' Joint Motion and Stipulate to File Administrative Record Under Seal is GRANTED.

Dated: 5/10/10

_____
HON. SAUNDRA BROWN ARMSTRONG