**DELFINO GREEN & GREEN**
WILLIAM GREEN - SBN 129816
1010 B Street, Suite 320
San Rafael, CA  94901
Telephone:  (415) 422-4646
Facsimile:  (415) 442-4802
bill@dgglaw.com

Attorneys for Plaintiff
JEFF RENFRO

**RIMAC  MARTIN,  P.C.**
ANNA M. MARTIN - SBN 154279
KEVIN G. GILL - SBN 226819
1051 Divisadero Street
San Francisco, California 94115
Telephone (415) 561-8440
Facsimile (415) 561-8430
amartin@rimacmartin.com

Attorneys for Defendants
UNUM LIFE INSURANCE COMPANY
OF AMERICA; THE FUNKY DOOR LONG
TERM DISABILITY PLAN; THE SERVICEMASTER
LONG TERM DISABILITY PLAN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RENFRO,                                    ) | **CASE NO. CV 09-02661 SBA** |
|             Plaintiff,                          ) | |
|                                                 ) | |
|     vs.                                         ) | **STIPULATION TO SUBSTITUTE** |
|                                                 ) | **PLAN DEFENDANTS FOR THE** |
| UNUM, UNUMPROVIDENT, and                        ) | **INSURER DEFENDANT IN CROSS-** |
| UNUM LIFE INSURANCE COMPANY                     ) | **MOTIONS FOR SUMMARY** |
| OF AMERICA,                                     ) | **JUDGMENT** |
|                                                 ) | |
|             Defendants.                         ) | |
|                                                 ) | |
| _____         ) | |

**IT IS HEREBY STIPULATED** between plaintiff JEFF RENFRO and defendants

UNUM LIFE INSURANCE COMPANY OF AMERICA, THE FUNKY DOOR LONG

TERM DISABILITY PLAN, and THE SERVICEMASTER LONG TERM DISABILITY PLAN

-1-
**STIPULATION SUBSTITUTING PLANS FOR UNUM**                              **CASE NO. CV 09-02661 SBA**

by and through their respective counsel of record herein, as follows:

1. That, pursuant to the prior stipulation of the parties, The Funky Door Long Term Disability Plan, and The ServiceMaster Long Term Disability Plan (collectively, the "Plan defendants") were substituted in for defendant Unum Life Insurance Company of America ("Unum"), and Unum was dismissed;

2. That the parties had intended that the cross-motion for summary judgment, the opposition to plaintiff's motion, the reply in support of summary judgment, and related documents filed by Unum are also made and filed on behalf of the Plan defendants, and that plaintiff's motion for summary judgment and related documents filed against Unum are filed against the Plan defendants; and

3. That, with the substitution of the Plan defendants for Unum, the cross-motions are now in a position to be ruled upon by the Court.

SO STIPULATED.

DELFINO GREEN & GREEN

DATED: December 15, 2010     By:     /S/ **WILLIAM GREEN**
                                     WILLIAM GREEN
                                     Attorney for Plaintiff JEFF RENFRO


RIMAC MARTIN, PC

DATED: December 15, 2010     By:     /S/ **ANNA M. MARTIN**
                                     ANNA M. MARTIN
                                     KEVIN G. GILL
                                     Attorneys for Defendants
                                     UNUM LIFE INSURANCE COMPANY
                                     OF AMERICA; THE FUNKY DOOR
                                     LONG TERM DISABILITY PLAN; THE
                                     SERVICEMASTER LONG TERM
                                     DISABILITY PLAN

# ORDER

The parties having stipulated thereto,

**IT IS HEREBY ORDERED** that:

1. the Plan defendants (The Funky Door Long Term Disability Plan, and The ServiceMaster Long Term Disability Plan) are substituted in for defendant Unum Life Insurance Company of America on the parties' cross-motions for summary judgment;

2. the cross-motion for summary judgment, the opposition to plaintiff's motion for summary judgment, and all related documents filed by Unum are also made and filed on behalf of the Plan defendants, and plaintiff's motion for summary judgment, opposition and all related documents are filed against the Plan defendants; and

3. the parties' cross-motions for summary judgment are in a position to be ruled upon.

**SO ORDERED.**

DATED: 1/3/11                              _____
                                           UNITED STATES DISTRICT COURT JUDGE