UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JEFF RENFRO,<br><br>            Plaintiff,<br><br>      vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No:  C 09-02661 SBA<br><br>**JUDGMENT** |

    In accordance with the Court's Order granting Defendants' Cross-Motion for Summary Judgment,

    IT IS HEREBY ORDERED THAT judgment is entered in favor of Defendants.  The Clerk shall close the file and terminate any pending matters.

    IT IS SO ORDERED.

Dated: January 11, 2011

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge