William Green-SBN 129816
Sharon Delfino Green-SBN 133703
Jennifer de la Campa-SBN 236524
DELFINO GREEN & GREEN
1010 B Street, Suite 320
San Rafael, CA 94901
Telephone: (415) 442-4646
Facsimile: (415) 442-4802

Attorneys for Plaintiff
JEFFREY RENFRO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF RENFRO,<br>    Plaintiff,<br>v.<br>UNUM, UNUMPROVIDENT, UNUM LIFE INSURANCE COMPANY OF AMERICA,<br>    Defendants. | Case No.: 4:09-CV-02661 SBA<br><br>**STIPULATION FOR JOINDER OF ERISA PLANS AND DISMISSAL OF UNUM**<br><br>[~~PROPOSED~~] ORDER |

This Stipulation is entered into by and among Plaintiff, Jeff Renfro ("Plaintiff"), and Defendant, Unum Life Insurance Company Of America ("Unum"), through their respective attorneys of record herein, as follows:

(1) The two ERISA plans at issue in Plaintiff's Complaint – "The Funky Door Long Term Disability Plan" and "The ServiceMaster Long Term Disability Plan" – are hereby joined as defendants in this action (hereinafter "The Plans").

(2) Upon the joinder of The Plans as defendants in this action, Plaintiff agrees that Unum will be dismissed from the action with prejudice in exchange for a waiver of costs by Unum. Unum agrees to honor its obligations under the insurance policies that fund The Plans.

(3) Unum's current counsel, Rimac & Martin, is to remain as counsel and represent The Plans in this action.

1  (4)  No Amended Complaint or Answer will be required to effectuate the joinder of The Plans and the dismissal of Unum; The Plans will simply be substituted into the existing Complaint in place and instead of Unum.

(5)  The current briefing schedule will remain in effect, and the current hearing date of June 8, 2010, will remain on calendar.

Dated: May 5, 2010        RIMAC & MARTIN

By:  /s/ Anna Maria Martin
     Anna Maria Martin

     Attorneys for Defendants

Dated: May 5, 2010        DELFINO GREEN & GREEN

By:  /s/ William Green
     William Green

     Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: 1-3-11

_____
HON. SANDRA BROWN ARMSTRONG
United States District Court Judge